# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE: *

Robinson, Charlie *

Debtor. * CASE NO. 10-04519

## RESPONSE TO CLAIM OBJECTION

Comes now Marilyn Wood, Mobile County Revenue Commissioner, and in response to the Objection to Claim 6 states as follows:

1. The claim of the Revenue Commissioner is based on ad valorem real estate taxes on property of the estate which were owed at the time the claim was filed.

2. Said taxes have now been paid by the Debtor on December 27, 2010.

3. As is its normal procedure, the Revenue Commissioner has amended claim 6 zero.

WHEREFORE, Marilyn Wood, Mobile County Revenue Commissioner, responds that the claim objection is MOOT.

Dated this the 9th day of February, 2011.

    /s/ CHRISTOPHER KERN
CHRISTOPHER KERN
Attorney for Mobile County Revenue Commissioner
P. O. Box 210
Mobile, Alabama 36601
(251) 432-5400

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this, the 9th day of Feb, 2011, served a copy of the foregoing to John Sharborough and JC McAleer by electronic mail or by mailing the same by United States Mail, properly addressed and first class postage prepaid.

CHRISTOPHER KERN
Christopher Kern