IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
| --- | --- | --- |
| | * | |
| CHARLIE M. ROBINSON, and | * | CASE NO: 10-04519-WSS-13 |
| DOROTHY A. ROBINSON, | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

## ORDER

This matter came before the Court upon Debtor's Objection (Doc. 20) to Claim number two (2) of RJM ACQUISITIONS LLC.

The objection was served upon all interested parties with the negative notice legend informing the parties of their opportunity to object within 30 days of the date of service.

No party filed a written objection stating specific ground or grounds on which the objection is based within the time permitted.

The Court therefore considers the matter to be unopposed.

Therefore, it is **ORDERED, ADJUDGED AND DECREED** that claim number 2 of RJM ACQUISITIONS LLC is not allowed. It is further ordered that Debtor's Counsel, John W. Sharbrough, III, is awarded an additional attorney's fee in the amount of $45.00 for services related to the filing of the objection to this claim. The Trustee is directed to add this sum to the fee to be paid to Sharbrough from the Debtor's plan.

Dated: March 25, 2011

WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE